An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID ROY STILWELL,
Appellant,
vs.
CITY OF LAS VEGAS, NEVADA,
Respondent.

No. 62436

**FILED**

MAR 2 0 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying a motion for costs. Eighth Judicial District Court, Clark County; Rob Bare, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for costs, we lack jurisdiction. Castillo v. State, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:  Hon. Rob Bare, District Judge
     David Roy Stilwell
     Las Vegas City Attorney
     Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-08341